| | |
|---|---|
| DONALD REYNOLDS and NORMAN YARBER, on behalf of themselves and all other persons similarly situated and the UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC,<br><br>                      Plaintiffs,<br><br>   v.<br><br>RESOLUTE FOREST PRODUCTS, INC., RESOLUTE FP US INC., RESOLUTE FP US HEALTH AND WELFARE BENEFIT PLAN, and RESOLUTE FP US HEALTH REIMBURSEMENT ACCOUNT PLAN<br><br>                      Defendants. | Civil Action No.: 1:16-cv-00048-TAV-CHS<br><br>Class Action<br><br>Demand for Jury Trial |

## PLAINTIFFS' MOTION FOR (1) CLASS CERTIFICATION, (2) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT, (3) APPROVAL OF CLASS NOTICE, AND (4) ORDER SETTING DATE FOR FINAL FAIRNESS HEARING

      Donald Reynolds, Norman Yarber, and the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO/CLC, ("Plaintiffs") have entered into a proposed settlement with Resolute Forest Products, Inc., Resolute FP US Inc., Resolute FP US Health and Welfare Benefit Plan, and Resolute FP US Health Reimbursement Account Plan ("Defendants"). The parties have entered into a Stipulation of Settlement ("Settlement Agreement") which is attached hereto as Exhibit A, and also have agreed on a proposed Class Notice, attached hereto as Exhibit B.

      Plaintiffs now move for: (1) class certification of the Settlement Class (as defined in the Settlement Agreement); (2) preliminary approval of the Settlement Agreement; (3) approval of the proposed Class Notice; and (4) entry of an order setting a date for a hearing on the fairness of

the Settlement Agreement pursuant to Fed. R. Civ. P. 23(e)(2), along with other pertinent dates. Plaintiffs submit the accompanying Memorandum, Settlement Agreement, Class Notice and other materials in support of this motion, as well as a proposed order, filed herewith. Defendants do not oppose this motion.

Dated: April 24, 2018

Respectfully submitted,

s/ Joel R. Hurt
Joel R. Hurt (admitted *pro hac vice*)

Pamina Ewing (admitted *pro hac vice*)
Ruairi McDonnell (admitted *pro hac vice*)
FEINSTEIN DOYLE PAYNE
 & KRAVEC, LLC
Law and Finance Building, 13th Floor
429 Fourth Avenue
Pittsburgh, PA 15219
Telephone: (412) 281-8400
Email: jhurt@fdpklaw.com
 pewing@fdpklaw.com
 rmcdonnell@fdpklaw.com

David Garrison, BPR No. 24968
Scott Tift, BPR No. 27592
Seth Hyatt, BPR No. 31171
BARRETT JOHNSTON MARTIN
 & GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 252-3798
Email: dgarrison@barrettjohnston.com
 stift@barrettjohnston.com
 shyatt@barrettjohnston.com

William T. Payne (admitted *pro hac vice*)
FEINSTEIN DOYLE PAYNE
 & KRAVEC, LLC
Pittsburgh North Office
12 Eastern Avenue, Suite 203
Pittsburgh, PA 15215
Telephone: (412) 492-8797
Email: wpayne@fdpklaw.com

*Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on April 24, 2018, a copy of the foregoing document was filed electronically with the Clerk of Court using the ECF system, which will send notification of such filing to those persons registered in this case with the ECF system.

 s/ Joel R. Hurt
Joel R. Hurt (admitted *pro hac vice*)