UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DONALD REYNOLDS and NORMAN YARBER, on behalf of themselves and all other persons similarly situated, and the UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC, <br><br>Plaintiffs, <br><br>v. <br><br>RESOLUTE FOREST PRODUCTS, INC., RESOLUTE FP US INC., RESOLUTE FP US HEALTH AND WELFARE BENEFIT PLAN, and RESOLUTE FP US HEALTH REIMBURSEMENT ACCOUNT PLAN, <br><br>Defendants. | No.: 1:16-CV-48-TAV-CHS |

## **ORDER**

Pursuant to 28 U.S.C. § 636, it is hereby **ORDERED** that plaintiff's Motion to Certify Class [Doc. 60] is **REFERRED** to the Honorable Christopher H. Steger, United States Magistrate Judge, for his consideration and determination or report and recommendation, as may be appropriate.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE