UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DONALD REYNOLDS and NORMAN YARBER, on behalf of themselves and all other persons similarly situated and the UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>RESOLUTE FOREST PRODUCTS, INC., RESOLUTE FP US INC., RESOLUTE FP US HEALTH AND WELFARE BENEFIT PLAN, and RESOLUTE FP US HEALTH REIMBURSEMENT ACCOUNT PLAN<br><br>　　　　　　　　　Defendants. | Civil Action No.: 1:16-cv-00048-TAV-CHS<br><br>Class Action<br><br>Demand for Jury Trial |

## **PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES**

Plaintiffs Donald Reynolds and Norman Yarber ("Class Representatives"), and the

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service

Workers International Union, AFL-CIO/CLC ("USW"), have entered into a proposed settlement

with Defendants Resolute Forest Products, Inc., Resolute FP US Inc., Resolute FP US Health

and Welfare Benefit Plan, and Resolute FP US Health Reimbursement Account Plan

("Defendants").

On May 29, 2018, Magistrate Judge Steger held a hearing on Plaintiffs' unopposed

motion for (1) class certification of the Settlement Class (as defined in the Settlement Agreement

at Doc. #60-1); (2) preliminary approval of the Settlement Agreement; (3) approval of the

proposed Class Notice; and (4) entry of an order setting a date for a hearing on the fairness of the

Settlement Agreement pursuant to Fed. R. Civ. P. 23(e)(2), along with other pertinent dates. See

[Doc. #65].

Thereafter, on June 5, 2018, this Court entered an order granting class certification of a Settlement Class, appointing Class Representatives to represent the Class and Feinstein Doyle Payne & Kravec, LLC and Barrett Johnston Martin & Garrison, LLC as Class Counsel, and preliminarily approving the Settlement Agreement. [Doc. #69].

As part of the settlement, Defendants have agreed to pay attorneys' fees, costs, and expenses in an amount not to exceed $100,000. [Doc. #60-1 at ¶ 6.A]. The Court's June 5, 2018 order preliminarily approving the Settlement Agreement specified that Plaintiffs' motion for fees, costs and expenses was due at least 21 days prior to the Final Fairness Hearing scheduled for August 3, 2018 and 7 days prior to the deadline for objections to the proposed settlement, which is July 20, 2018. See [Doc. #69 at ¶¶ 7-8].

Plaintiffs now seek, pursuant to Fed. R. Civ. P. 54(d)(2), $96,779.61 in attorneys' fees and $3,220.39 in costs and expenses, for a total fee and expense award of $100,000.00. Plaintiffs submit the accompanying memorandum of law and other materials in support of this motion. Defendants do not oppose this motion.

Dated: <u>July 12, 2018</u>

Respectfully submitted,

s/ Joel R. Hurt
Joel R. Hurt (admitted *pro hac vice*)

Pamina Ewing (admitted *pro hac vice*)
Ruairi McDonnell (admitted *pro hac vice*)
**FEINSTEIN DOYLE PAYNE
 & KRAVEC, LLC**
Law and Finance Building, 13th Floor
429 Fourth Avenue
Pittsburgh, PA 15219
Telephone: (412) 281-8400
Email: jhurt@fdpklaw.com
       pewing@fdpklaw.com
       rmcdonnell@fdpklaw.com

- 2 -

David Garrison, BPR No. 24968
Scott Tift, BPR No. 27592
Seth Hyatt, BPR No. 31171
**BARRETT JOHNSTON MARTIN
 & GARRISON, LLC**
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 252-3798
Email: dgarrison@barrettjohnston.com
 stift@barrettjohnston.com
 shyatt@barrettjohnston.com

William T. Payne (admitted *pro hac vice*)
**FEINSTEIN DOYLE PAYNE
 & KRAVEC, LLC**
Pittsburgh North Office
12 Eastern Avenue, Suite 203
Pittsburgh, PA 15215
Telephone: (412) 492-8797
Email: wpayne@fdpklaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on July 12, 2018, a copy of the foregoing document was filed electronically with the Clerk of Court using the ECF system, which will send notification of such filing to those persons registered in this case with the ECF system.

                                  s/ Joel R. Hurt
                                  Joel R. Hurt (admitted *pro hac vice*)